```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 04 B 28631
    JON M MANUEL
    WARREN LELAND MANUEL                         CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2051    SSN XXX-XX-7060

-----------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 08/03/2004 and was confirmed 09/27/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  17.12%.

      The case was paid in full 09/21/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
WASHINGTON MUTUAL          MORTGAGE ARRE    40768.92              .00      40768.92
WASHINGTON MUTUAL          CURRENT MORTG    48263.00              .00      48263.00
AT & T BANKRUPCTY          UNSECURED OTH     2070.64              .00        354.47
CAPITAL ONE BANK           FILED LATE         544.87              .00            .00
HSBC AUTO FINANCE          UNSECURED        11065.80              .00       1894.58
NICOR GAS                  UNSECURED         3176.91              .00        543.92
ST DOMITILLA SCHOOL        UNSECURED        NOT FILED             .00            .00
HOUSEHOLD AUTOMOTIVE FIN   NOTICE ONLY      NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED          547.93              .00         93.81
AT & T BANKRUPCTY          UNSECURED        NOT FILED             .00            .00
ASSOCIATED PATHOLOGY CON   UNSECURED        NOT FILED             .00            .00
BANKERS LIFE AND CASUALT   UNSECURED        NOT FILED             .00            .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED             .00            .00
CITIBANK                   UNSECURED        NOT FILED             .00            .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED             .00            .00
MCI WORLDCOM               UNSECURED        NOT FILED             .00            .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED             .00            .00
SOUTHWEST CREDIT           UNSECURED        NOT FILED             .00            .00
TIMOTHY K LIOU             DEBTOR ATTY       2,214.40                        2,214.40
TOM VAUGHN                 TRUSTEE                                           5,298.90
DEBTOR REFUND              REFUND                                            1,140.10

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                   100,572.10

PRIORITY                                            .00
SECURED                                       89,031.92
UNSECURED                                      2,886.78
ADMINISTRATIVE                                 2,214.40

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 28631 JON M MANUEL & WARREN LELAND MANUEL
```

```
TRUSTEE COMPENSATION                                            5,298.90
DEBTOR REFUND                                                   1,140.10
                                     ----------------   ----------------
TOTALS                                      100,572.10         100,572.10
```

　　Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
   Dated: 03/27/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```